UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 24-1679

_____

EVA MIGLIORE, by her friend Joseph Migliore,

Appellant

v.

VISION SOLAR LLC; VISION SOLAR NJ LLC; JON SEIBERT; SUNLIGHT
FINANCIAL LLC; CROSS RIVER BANK

_____

(D.N.J . No. 1:23-cv-02623)

_____

Present:  CHAGARES, Chief Judge, HARDIMAN, SHWARTZ, KRAUSE,
RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-
REEVES, CHUNG, BOVE, MASCOTT, Circuit Judges and AMBRO, Senior Judge

**ORDER**

The petition for panel rehearing filed by appellant**,** Evan Migliore, in the above-

entitled case having been submitted to the judges who participated in the decision of this

Court, panel rehearing is **granted.**  The Clerk is directed to file the amended opinion

contemporaneously with this order.  The amended opinion removes a paragraph of dicta

regarding the Fair Credit Reporting Act**.**  As the revisions do not affect the disposition of

the appeal, the judgment will remain as filed**.**

The petition for rehearing en banc filed by appellant, Eva Migliore, in the above-

entitled cases having been submitted to all available circuit judges of the circuit in regular

active service, and no judge of the circuit in regular active service, asked for rehearing en banc, rehearing en banc is **denied.**

BY THE COURT,

s/THOMAS L. AMBRO
Circuit Judge

Dated: November 21, 2025
cc: All Counsel of Record